UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
:
:   21-CV-7148 (ARR) (SJB)
MAYRA MIRANDA,                                                     :
:   NOT FOR ELECTRONIC
        Plaintiff,                                                 :   OR PRINT PUBLICATION
:
    -against-                                                      :   ORDER
:
:
ROMULO LUZURIAGA, and TOMMY TRUCKING,                              :
LLC,                                                               :
:
        Defendants.                                                :
:
:
------------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation in the instant case dated February 3, 2022, from the Honorable Sanket J. Bulsara, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, this case is remanded to the Supreme Court of the State of New York, Kings County. The clerk is directed to close the case.

SO ORDERED.

                                                                               /s/
                                                           Allyne R. Ross
                                                           United States District Judge

Dated:      February 18, 2022
              Brooklyn, New York